IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00875-WYD-KLM

CHRISTIAN RAMIREZ; and,
JOSE RAMIREZ,

    Plaintiffs,

v.

STANDLEY AND ASSOCIATES, LLC; and,
DOES 1 through 10, inclusive,

    Defendants.

---

**ORDER**

---

    THIS MATTER is before the Court on the plaintiffs' Notice Of Voluntary Dismissal With Prejudice [ECF No. 6], filed on May 9, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

    ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**.

    Dated: May 13, 2013.

                              BY THE COURT:

                              <u>/s/ Wiley Y. Daniel</u>
                              Wiley Y. Daniel
                              Senior U.S. District Judge